UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL MORENO and TAYLOR RUMMEL,

Plaintiffs,

v. Case No: 6:25-cv-1043-JSS-DCI

SAGE DENTAL MANAGEMENT, LLC,

Defendant.
___________________________________/

**ORDER**

In November 2025, the court granted the parties' joint motion to stay (Dkt. 27) and stayed and administratively closed this case pending the resolution of the parties' February 24, 2026 mediation. (Dkt. 28.) The parties have filed a status report indicating that they reached an impasse at the mediation and proposing deadlines for further proceedings in this case. (Dkt. 38.) Accordingly, the Clerk is **DIRECTED** to reopen this case, and the stay is **LIFTED**.

**ORDERED** in Orlando, Florida, on March 12, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record